IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY LACEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 3:06-cv-761-DRH |
| FORD MOTOR COMPANY, | ) ) ) |
| Defendant. | ) |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party with the discovery dispute shall contact Brian King, Judge Wilkerson's law clerk, at 618-482-9382, to schedule a telephonic conference call with the Court and opposing counsel.  If the dispute involves written discovery, the disputed portion(s) shall be faxed to the Court, at 618-482-9277, prior to the telephonic conference.  The party with the discovery dispute shall be responsible for initiating the conference call.  The Court's teleconference number is 618-482-9004.  Written motions to compel or legal memoranda will <u>not</u> be accepted unless specifically requested by the Court.  Expense of the call will be borne by the non-prevailing party.  The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html,  for additional information and specific procedures regarding discovery disputes.  **Consult this Court's webpage BEFORE contacting chambers with questions**.

**DATED: January 11, 2007**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON
United States Magistrate Judge**