IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY LACEY,**

**Plaintiff,**

**v.**

**FORD MOTOR COMPANY,**

**Defendant.**                                     **No. 06-CV-761-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Stipulation for Voluntary Dismissal having been executed by counsel for all parties and filed with this Court (Doc. 22), **IT IS ORDERED** that this action is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 1st day of March, 2007.

/s/      David   RHerndon
**United States District Judge**